Frederick D Jones Jr
DOB 03-31-1983
SS# 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
VS
FaceBook

Date 06-10-2020

4:20-cv-133-JMS-DML

**FILED**
9:54 am, Jun 18, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Formal Complaint

Facebook on 06-08-2020 violated my equality laws on Facebook, they say I violated community standards, but I did not the post that where sent to me where from my account and I copied them and sent them on a sideshow. Facebook has done this several times costing me business revenue. I believe the post didn't violate the standards, I believe they don't like my business or my post about lawsuits and the info I sale, I believe they are making excuses to cost me revenue, I believe it is a hate crime. It is my business account and the people have a right not to go to my page instead of complain when they have the option to block me.

I want 999,999 for my troubles and business losses

File a Federal lawsuit not state,

I want to wait and pay the filing cost because I am low on funds and on a fix income.

Return Address
7923 Dunbar Ave
New Albany, Indiana 47150

Frederick D Jones Jr